UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| BAOJUN RONG, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:26-cv-00617-JMS-MKK |
| | ) | |
| KRISTI NOEM Secretary, U.S. Dept. of | ) | |
| Homeland Security, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER DISMISSING ACTION AS MOOT**

The respondents have notified the Court that the petitioner has been released from the detention that is the subject of this habeas corpus action. Dkt. 10. A prisoner may petition for a writ of habeas corpus to seek immediate or speedier release from custody or release from one "level of custody" to another. *Bunn v. Conley*, 309 F.3d 1002, 1007 (7th Cir. 2002); 28 U.S.C. § 2241. As a result, when the petitioner is released from custody, the claim implicating the Court's habeas corpus jurisdiction becomes moot. *See, e.g.*, *Powell v. Galipeau*, 808 F. App'x 386, 387 (7th Cir. 2020) ("A petition for a writ of habeas corpus becomes moot after a petitioner is released from custody unless the petitioner will suffer sufficient collateral consequences from the feature of his custody that he is challenging.").

Therefore, this case is **dismissed without prejudice** as **moot** due to the petitioner's release. The **clerk is directed** to enter **final judgment**.

**IT IS SO ORDERED.**

Date: 4/13/2026

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

Shelese M. Woods
DOJ-USAO
shelese.woods@usdoj.gov

Yongbing Zhang
Law Offices of Yongbing Zhang
yzhang@ybzlaw.com

Case 1:26-cv-00617-JMS-MKK    Document 11    Filed 04/13/26    Page 2 of 2 PageID #: 100